IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSE OGG,

       Plaintiff,                  No. CIV S-10-1218 JAM GGH PS

    vs.

CIGNA GROUP INSURANCE COMPANY, et al.,

       Defendants.              <u>ORDER</u>

                             /

        On May 6, 2011, plaintiff filed an amended complaint and "motion to request leave to submit additional documentations." This action was closed on January 28, 2011. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: May 10, 2011                      /s/ Gregory G. Hollows

                                               UNITED STATES MAGISTRATE JUDGE

GGH:076/Ogg1218.58.wpd